VERONICA STEVENS, Appellant, v JOHN P. STEVENS, Respondent.—

Beldock, P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.